Aidan W. Butler (SBN 208399)
Attorney at Law
3550 Wilshire Boulevard, Suite 1924
Los Angeles, California 90010
Telepehone: (213) 388-5168
Telecopier: (213) 388-5178
tocontactaidan@gmail.com

Attorneys for Plaintiff KATHLEEN SHIMOOKA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SHIMOOKA, an individual,<br><br>       Plaintiff,<br><br>  vs.<br><br>ENHANCED RECOVERY COMPANY, LLC, etc.,<br><br>       Defendants. | **CASE NO.: CV14-0135 FFM**<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**TO THE HONORABLE COURT HEREIN:**

PLEASE TAKE NOTICE that a written settlement agreement has been signed by both parties resolving all of the issues raised in the above-captioned matter. Performance under that agreement is anticipated within fifteen (15) days, whereupon Plaintiff will file a request for dismissal of the entire action with prejudice.

The Defendant has not made a formal appearance in this matter.

DATED: April 3, 2014                    Respectfully submitted,


                                        By:   */S/   Aidan W. Butler*
                                              Aidan W. Butler
                                              Attorney for Plaintiff
                                              KATHLEEN SHIMOOKA