JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN SHIMOOKA, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>ENHANCED RECOVERY COMPANY, LLC, etc.,<br><br>    Defendants. | CASE NO.: CV14-0135 CAS(VBKx)<br><br>[PROPOSED] ORDER |

**TO ALL PARTIES AND THEIR COUNSEL:**

Based upon the request filed by Plaintiff herein, with good cause appearing, the Court hereby dismisses the entire action with prejudice.

IT IS SO ORDERED.

DATED:   May 6, 2014

By: *Christina A. Snyder*
U.S. DISTRICT JUDGE